| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2017 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Saporito, Joseph F. | 2. Court or Organization<br><br>United States District Court Middle District of Pennsylvania | 3. Date of Report<br><br>05/15/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (Full Time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>Max Rosenn United States Courthouse<br>197 South Main Street, Suite 161<br>Wilkes-Barre, PA 18702 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director/Secretary | Earthly Angels Autism Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1985 | Luzerne County, PA Defined Benefit Pension Plan |
| 2. | 2015 | Saporito, Saporito & Falcone Payment of book value of interest in former law firm and sharing in future contingent fees reflecting value of services rendered. |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 05/15/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Saporito, Falcone & Watt (contingent fee payments under Agreement with predecessor Saporito, Saporito & Falcone) | $45,923.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Luzerne Intermediate Unit #18 - Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Discover | Credit Card | J |
| 2. | First National Community Bank | Mortgage on Rental Property #1, Pittston, PA (Pt. VII line1) | K |
| 3. | First National Community Bank | Line of Credit on Rental Property #1, Pittston, PA (Pt. VII line 1) | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Property #1, Pittston, PA $105,000 | D | Rent | M | S | | | | | |
| 2. Boeing Co. | A | Dividend | L | T | | | | | |
| 3. Dreyfus Worldwide Dollar Money Market | A | Interest | J | T | | | | | |
| 4. Dreyfus Active MidCap Cl A | D | Dividend | M | T | | | | | |
| 5. First National Community Bank Stock | A | Dividend | K | T | | | | | |
| 6. Brokerage Acct # 1 (H) | | | | | | | | | |
| 7. -AFLAC, Inc. | A | Dividend | J | T | | | | | |
| 8. -AMEC Foster Wheeler ADRF | | | | | Sold | 11/07/17 | J | | |
| 9. -Bank of America Stock | A | Dividend | L | T | | | | | |
| 10. -BB & T Corp Stock | A | Dividend | J | T | | | | | |
| 11. -Black Rock PA Strat Muni | A | Dividend | J | T | | | | | |
| 12. -Cash and Bank Sweep Deposit Account | C | Int./Div. | K | T | | | | | |
| 13. -Equity Commonwealth | | None | J | T | | | | | |
| 14. -Gabelli Conv. Incm Sec. | A | Dividend | J | T | | | | | |
| 15. -GE Stock | A | Dividend | J | T | | | | | |
| 16. -Nuveen Qual PFD Inc. | A | Dividend | J | T | | | | | |
| 17. -Startek Inc. Stock | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Unilever PLC DDR | A | Dividend | J | T | | | | | |
| 19. -Waste Management Stock | A | Dividend | J | T | | | | | |
| 20. Wells Fargo Stock | A | Dividend | K | T | | | | | |
| 21. Janus Enterprise Fund D | A | Dividend | J | T | | | | | |
| 22. Lincoln Financial Group | A | Interest | K | T | | | | | |
| 23. Brokerage Acct #2 (H) | | | | | | | | | |
| 24. -American Income Fund | B | Dividend | K | T | | | | | |
| 25. -American Capital Income Builder CL C | B | Dividend | J | T | | | | | |
| 26. -Bank of America NA RASP | A | Interest | J | T | | | | | |
| 27. -Blackrock Global Allocation FD Inc. C | A | Dividend | K | T | | | | | |
| 28. -Cash and Sweep Deposit Account through Bank of America NA | A | Int./Div. | J | T | | | | | |
| 29. -Community Bank Systems Stock | A | Dividend | J | T | | | | | |
| 30. -Community Bank Sys Inc. Del | | None | J | T | Buy | 12/15/17 | J | | |
| 31. -Walt Disney Co. Stock | A | Dividend | K | T | | | | | |
| 32. -DAF S and P 500 Trust 2 | | | | | Sold | 03/03/17 | J | | |
| 33. -Fidelity ADV Diversified | | | | | | | | | |
| 34. -Fidelity VIP Growth Port. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Nuveen Mortgage Oprtnity Term Fund | A | Interest | K | T | Buy (add'l) | 06/08/17 | J | | |
| 36. State Farm Life Insurance Co. Whole Life Policy | A | Int./Div. | J | T | | | | | |
| 37. Mony | A | Int./Div. | J | T | | | | | |
| 38. First National Community Bank (Account) | A | Interest | J | T | | | | | |
| 39. Wells Fargo (Accounts) | A | Interest | J | T | | | | | |
| 40. AXA Equitable (Variable) AXA Guaranteed Interest Account | A | Interest | J | T | | | | | |
| 41. Vanguard 500 Index Fund Admiral Shares | B | Dividend | L | T | Buy (add'l) | 03/03/17 | J | | |
| 42. State Farm Life Insurance Co. Whole Life Policy | A | Int./Div. | J | T | | | | | |
| 43. Wells Fargo (Accounts) | A | Interest | J | T | | | | | |
| 44. Lincoln National life Insurance Co. Universal Life Policy | A | Interest | J | T | | | | | |
| 45. First National Community Bank (Account) | A | Interest | K | T | | | | | |
| 46. Landmark Community Bank (Account) | A | Interest | K | T | | | | | |
| 47. Brokerage Acct. # 3 (H) | | | | | | | | | |
| 48. -Aflac | A | Dividend | J | T | | | | | |
| 49. -Alliance Bernstein IN | A | Dividend | J | T | | | | | |
| 50. -B B & T Corp. | A | Dividend | J | T | | | | | |
| 51. -Cash and Bank Sweep Deposit Account | D | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Conagra Foods Stock | A | Dividend | J | T | | | | | |
| 53. -Conduent Incorporated | | None | J | T | | | | | |
| 54. -DXC Technology Company | A | Dividend | J | T | | | | | |
| 55. -Equity Commonwealth | | None | J | T | | | | | |
| 56. -GE Stock | A | Dividend | J | T | | | | | |
| 57. -Harsco Corp. Stock | A | Dividend | J | T | | | | | |
| 58. -HP Inc | A | Dividend | J | T | | | | | |
| 59. -Hewlett Packard Enterprise | A | Dividend | J | T | | | | | |
| 60. -Hormel Foods Corp. | A | Dividend | J | T | | | | | |
| 61. -Lamb Weston Holdings | | None | J | T | | | | | |
| 62. -Lockhead Martin Corp. Stock | B | Dividend | K | T | | | | | |
| 63. -Micro Focus Internation F | | None | J | T | | | | | |
| 64. -Northrop Grumman Co, Stock | A | Dividend | L | T | | | | | |
| 65. -Nuveen Pennsylvania INVE Stock | A | Dividend | J | T | | | | | |
| 66. -Nvidia Corp. Stock | A | Dividend | K | T | | | | | |
| 67. -PPL Corp Stock | A | Dividend | J | T | | | | | |
| 68. -Seattle Spin Co | | | | | Sold | 09/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -SYSCO Corp. Stock | A | Dividend | J | T | | | | | |
| 70. -TEVA Pharm. Inds. Ltd. F | A | Dividend | J | T | | | | | |
| 71. -Unilever PLC F | A | Dividend | K | T | | | | | |
| 72. -Verizon Communication Stock | A | Dividend | J | T | | | | | |
| 73. -Visa Inc. CL A | A | Dividend | K | T | | | | | |
| 74. -Waste Management Stock | A | Dividend | J | T | | | | | |
| 75. -Xerox Corp. Stock | A | Dividend | J | T | | | | | |
| 76. Brokerage Acct #4 (H) | | | | | | | | | |
| 77. -Blackstone/GSO STRAT Credit FD | A | Dividend | J | T | | | | | |
| 78. -Cash and Sweep Deposit Account through Morgan Stanley Private Bank NA | A | Interest | K | T | | | | | |
| 79. -Doubleline Income Solutions FD | A | Dividend | J | T | | | | | |
| 80. -John Hancock Hedged EQ & Inc. FD | A | Dividend | J | T | | | | | |
| 81. -Legg Mason WA Core Bond C | | | | | Buy | 06/29/17 | K | | |
| 82. | | | | | Buy (add'l) | 09/29/17 | K | | |
| 83. -MS Duel Directional Trigger Plus On The S & P 500 Index | | None | J | T | | | | | |
| 84. -MS 6.5% contingent Coupon Note Linked to S & P 500 | | | | | Redeemed | 11/16/17 | J | | |
| 85. -Nuveen Short Duratn CR OPP FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Blackrock Global Allocation C | | None | J | T | | | | | |
| 87. -Davis NY Venture C | B | Dividend | | | Sold | 09/29/17 | K | | |
| 88. -First Eagle Overseas C | A | Dividend | K | T | | | | | |
| 89. -First Eagle Global C | A | Dividend | L | T | Buy (add'l) | 05/24/17 | K | | |
| 90. | | | | | Buy (add'l) | 06/29/17 | K | | |
| 91. -Franklin Rising Dividends C | A | Dividend | J | T | | | | | |
| 92. -JP Morgan Equity Income C | A | Dividend | L | T | Buy (add'l) | 05/24/17 | K | | |
| 93. | | | | | Buy (add'l) | 06/29/17 | K | | |
| 94. -Nuveen Hi Yld Muni Bond C2 | A | Interest | J | T | | | | | |
| 95. -Oppenheimer Roch Hi Yield Muni C | D | Interest | | | Sold (part) | 05/24/17 | K | | |
| 96. | | | | | Sold | 07/05/17 | K | | |
| 97. -Oppenheimer Roch PA Muni C | A | Interest | | | Sold | 05/24/17 | K | | |
| 98. -PIMCO ALL Asset ALL Authority C | A | Dividend | J | T | | | | | |
| 99. -PIMCO Income C | A | Dividend | J | T | | | | | |
| 100. -Prudential High Yield C | A | Dividend | J | T | | | | | |
| 101. -Transamerica High Yield Bond C | A | Dividend | J | T | | | | | |
| 102. -Transamerica Sht Term Bond C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Western Asset Core Plus BD C | A | Dividend | K | T | | | | | |
| 104. -Unit Claymore Guggenheim Interm Investment GRD Corp 19 | A | Dividend | J | T | | | | | |
| 105. -Unit Guggenheim Energy 21 | A | Dividend | K | T | Sold (part) | 10/06/17 | J | A | |
| 106. -Unit INVESCO S & P Dividend Sustainability 2013-14 | A | Dividend | J | T | | | | | |
| 107. -Unit Guggenheim Closed-End Infrastructure & MLP 15 | A | Dividend | J | T | | | | | |
| 108. -Unit First Trust WaterUtility Infrastructure Select 31 | A | Dividend | J | T | | | | | |
| 109. State Farm Life Ins. Co. Whole Life Policy | A | Int./Div. | J | T | | | | | |
| 110. Dreyfus Active Midcap CLA | A | Dividend | K | T | | | | | |
| 111. PNC Bank (Accounts) | A | Interest | J | T | | | | | |
| 112. TYGS Realty Co. (H) | | | | | | | | | |
| 113. - Rental Property No.1, Pittston, PA $113,500 | D | Rent | K | S | | | | | |
| 114. - Rental Property No. 2, Pittston, PA $71,100 | C | Rent | K | S | | | | | |
| 115. - Rental Property No. 3, Pittston, PA $152,000 | C | Rent | K | S | | | | | |
| 116. -Rental Property No. 4, Pittston PA $256,000 | D | Rent | L | S | | | | | |
| 117. -Rental Property No. 5, Pittston, PA $300,000 | D | Rent | L | S | | | | | |
| 118. -Fidelity Deposit & Discount Bank (Account) | | None | J | T | | | | | |
| 119. -First National Community Bank (Account) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 05/15/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Vanguard 500 Index Fund Admiral Shares | A | Dividend | J | T | | | | | |
| 121.  McHugh Brothers Record Storage Company, Inc. | | None | J | U | | | | | |
| 122.  Falcone Beverage Distributors, Inc. | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Saporito, Joseph F. | 05/15/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

II. Agreements. Item No 2, III. Non-Investment Income. Items #1, Source is Saporito, Falcone & Watt, the successor firm to Saporito, Saporito & Falcone.

VII. Investments and Trusts. Items 1, 113-117, Column A. I am unaware if the values of the real estate listed in Section VII at lines 1, 106-110, Column A, are assessed at less than 100% of their actual current values. No appraisals have been completed, therefore, I have relied upon their respective asssessed values.

Item No. 12. Cash and Bank Sweep Deposit Account. The Bank Sweep Deposit Account appears for the first time because its omission was an oversight on my part in that it constitutes a holding account of interest/dividends received in the account and the fact that it should have been included should be considered an amendment to the prior reports. The Bank Sweep Deposit Account is held at an FDIC-Insured Bank that is affiliated with this brokerage company. The name of the bank is not disclosed in any of the statements by this brokerage house.

Item No. 28. Cash and Sweep Deposit Account through Bank of America NA. Cash and Sweep Deposit Account through Bank of America NA appears for the first time because its omission was an oversight on my part in that it constitutes a holding account of interest/dividends received in the account and the fact that it should have been included should be considered an amendment to the prior reports.

Item No. 33. Fidelity ADV Diversified. This item belonged     . It was reported in my Financial Disclosure Report dated May 13, 2016 at Item No. 27. It was also reflected that it was sold (part) on July 29, 2015. I have confirmed with my broker that the item was sold on July 29, 2015 and since that date, neither I nor      have any ownership interest in this item. The inclusion of this security as an asset in the Financial Disclosure Report for calendar year 2016 was an oversight on my part and the fact that it should have been omitted should be considered an amendment to the prior report.

Item No. 34. Fidelity VIP Growth Port. Fidelity VIP Growth Port was listed in my Financial Disclosure Report dated May 13, 2016. I have confirmed with my broker that neither I nor any family member has any ownership interest therein. Further, I have been informed that my broker has no record of the disposition of this item. The inclusion of this security as an asset in the Financial Disclosure Report for calendar year 2016 was an oversight on my part and the fact that it should have been omitted should be considered an amendment to the prior report.

Item No. 51. Cash and Bank Sweep Deposit Account. The Bank Sweep Deposit Account appears for the first time because its omission was an oversight on my part in that it constitutes a holding account of interest/dividends received in the account and the fact that it should have been included should be considered an amendment to the prior reports. The Bank Sweep Deposit Account is held at an FDIC-Insured Bank that is affiliated with this brokerage company. The name of the bank is not disclosed in any of the statements by this brokerage house.

Item No.53. Conduent Incorporated. Conduent Incorporated appears for the first time because on January 3, 2017, Xerox completed the seperation of Conduent Inc. creating two publically-traded companies. Under the terms of the seperation, Xerox shareholders received one share of Conduent common stock for every five shares of Xerox common stock they held as of the close of business on December 15, 2016, the record date for the distribution.

Item No. 54. DXC Technology Company. DXC Technology Company appears for the first time because on April 3, 2017, Hewlett Packard Enterprise completed the spin-merger of its Enterprise Service segment to form DXC Technology. Shareholders of Hewlett Packard Enterprise received 0.086 shares of DXC Technology for each share of Hewlett Packard Enterprise held as of March 20, 2017, the record date.

Item Nos. 58 and 59. HP Inc. and Hewlett Packard Enterprise. HP Inc. and Hewlett Packard Enterprise was previously disclosed as one unit under "Hewlett Packard Stock." I have confirmed that HP, Inc. and Hewlett Packard Enterprise are separate units and I have now reported them as separate. The singular reporting of both units was an oversight on my part and the fact that they should have been reported separately should be considered an amendement to the prior report.

Item Nos. 63 and 68 Micro Focus International and Seattle Spin Co., Inc. Micro Focus International and Seattle Spin Co., Inc. appear for the first time because on September 1, 2017, Hewlett Packard Enterprise completed the spin-off and subsequent merger of its software business with Micro Focus International. In the transaction, Seattle Spin Co., Inc. (Item No. 68), which holds the software business of Hewlett Packard Enterprise that was spun off, merged with a wholly owned subsidiary of Micro Focus. With the close of the transaction, Hewlett Packard Enterprise stockholders received 0.13732611 of American Depository Shares of Micro Focus for each share of Hewlett Packard Enterprise common stock held as of the record date of August 21, 2017.

Item No. 78 Cash and Sweep Deposit Account through Morgan Stanley Private Bank NA. Cash and Sweep Deposit Account through Morgan Stanley Private Bank NA appears for the first time because its omission was an oversight on my part in that it constitutes a holding account of interest/dividends received in the account and the fact that it should have been included should be considered an amendment to the prior reports.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Joseph F. Saporito**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544